**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 353 EAL 2017
  :
             Respondent   :
  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court
             v.   :
  :
  :
ALONZO GARWOOD,   :
  :
             Petitioner   :


## ORDER


**PER CURIAM**

      **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.